UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONIQUE RAQUEDAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VOLUME SERVICES, INC., et al., <br><br> Defendants. | Case No. 18-CV-01139-LHK <br><br> **ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Re: Dkt. No. 43 |

On June 13, 2019, the Court held a hearing on the joint motion of plaintiffs Monique Raquedan and Ronald Martinez and defendants Volume Services, Inc. and Centerplate of Delaware, Inc. ("Centerplate") for conditional certification of a settlement class in this action; preliminary approval of the parties' proposed settlement; approval of the Class Notice Packet; appointing Class Representatives, Class Counsel, and the proposed Settlement Administrator; and setting a date for the hearing on final approval of the settlement. Shaun Setareh of Setareh Law Group appeared for plaintiffs and Jeffrey D. Wohl of Paul Hastings LLP appeared for Centerplate.

At the hearing, the parties agreed to amend their settlement and class notice. On June 17, 2019, the parties filed an amended settlement and amended class notice for the Court's approval. ECF Nos. 49-1, 49-2. On June 21, 2019, the Court issued an order regarding the parties' amended

settlement, and asked the parties to consider further changes to the amended settlement and class notice. ECF No. 51. On June 25, 2019, the parties filed a second amended settlement and second amended class notice for the Court's approval. ECF Nos. 52-1, 52-2. On June 27, 2019, the Court asked the parties to consider further changes to the second amended settlement and second amended class notice. ECF No. 54. On July 1, 2019, the parties filed a third amended settlement and third amended class notice for the Court's approval. ECF Nos. 55-1, 55-2.

Having considered the motion briefing, the arguments of counsel, the relevant law, the parties' changes to the settlement and the class notice, and the record in this case, the Court GRANTS the parties' motion for preliminary approval of class action settlement.

IT IS ORDERED:

1. The proposed class is conditionally certified pursuant to Rule 23(c)(1) as plaintiffs, for purposes of settlement only, satisfy the requirements of Rule 23(a) as well as the requirements for certification under one of the subsections of Rule 23(b), including that:

   (a) the class is so numerous that joinder of all members is impracticable;
   (b) there are questions of law and fact common to the class;
   (c) the claims or defenses of the representative parties are typical of the claims or defenses of the class; and
   (d) the representative parties will fairly and adequately protect the interests of the class.

2. The third amended settlement, ECF No. 55-1 ("Settlement"), is granted preliminary approval as it meets the criteria for preliminary settlement approval. The Settlement falls within the range of possible approval as fair, adequate and reasonable, and appears to be the product of arm's length and informed negotiations and to treat all Class Members fairly.

3. The parties' proposed notice plan is constitutionally sound because individual notices will be mailed in English and Spanish to all Class Members whose identities are known to the parties, and such notice is the best notice practicable. The Court preliminarily approves the proposed Third Amended Notice of Class Action Settlement as amended by the Court ("Fourth Amended Class Notice), which is attached as a redlined version as Exhibit 1 to this Order and as a clean version incorporating the Court's changes as Exhibit 2 to this Order. The Fourth Amended

Class Notice and the parties' proposed Opt-Out Form, ECF No. 52-3, are sufficient to inform Class Members of the terms of the Settlement, their rights under the Settlement, their rights to object to or comment on the Settlement, their right to receive a Settlement Share or opt out from the Settlement, and the processes for doing so, and the date and location of the final approval hearing, and are therefore approved.

4. The following persons are certified as Class Members solely for the purpose of entering a settlement in this matter:

> All employees and applicants in the United States who applied for a job, promotion or job change with Centerplate for which a background check, including a consumer report, was conducted at any time from February 22, 2011, to March 31, 2019, excluding those individuals who already have resolved all the claims asserted in the Action, whether by settlement or adjudication, including, but not limited to, the settlement in *Phlisida Gibbs v. Centerplate, Inc.*, et al., U.S.D.C., M.D. Fla., No. 8-17-cv-2187-EAK-JSS.

5. Class Members will receive a Settlement Share unless they submit a valid and timely Opt-Out Form not later than 45 days after the mailing of the Fourth Amended Class Notice.

6. Any Class Member who wishes to object to the Settlement, including Class Counsel's motion for attorney's fees and for Class Representative payments, has until 45 days after the mailing of the Fourth Amended Class Notice to mail to the Settlement Administrator his or her written objection (and, if he or she wishes to appear at the final approval hearing, to indicate in his or her written objection an intention to appear), pursuant to the procedures set forth in the Fourth Amended Class Notice.

7. Simpluris, Inc., is appointed to act as the Settlement Administrator, pursuant to the terms set forth in the Settlement.

8. Plaintiffs Monique Raquedan and Ronald Martinez are appointed the Class Representatives. Shaun Setareh, Thomas Segal, and Farrah Grant of Setareh Law Group are appointed Class Counsel.

9. The Fourth Amended Class Notice will be disseminated according to the notice plan described in the Settlement and substantially in the form submitted by the parties. Proof of

distribution of the Fourth Amended Class Notice will be filed by the parties in conjunction with the motion for an order granting final approval of the Settlement.

10. Centerplate is directed to provide to the Settlement Administrator not later than 30 days after the date of this order the Class Members' Data as specified by the Settlement.

11. The Settlement Administrator is directed to mail the Fourth Amended Class Notice and Opt-Out Form (the "Class Notice Packet"), translated in English and Spanish, by first-class mail to the Class Members not later than 15 days after receipt of the Class Members' Data.

12. Plaintiffs and their counsel are directed to file their motion for attorney's fees and for Class Representative payments not later than 30 days after the Settlement Administrator mails the Class Notice Packets.

13. A final approval hearing will be held on November 14, 2019, at 1:30 p.m., to determine whether the Settlement should be granted final approval as fair, reasonable, and adequate as to the Class Members. The Court will hear all evidence and argument necessary to evaluate the Settlement, and will consider Class Counsel's request, made by separate motion, for attorney's fees and for Class Representative Payments. Class Members and their counsel may support or oppose the Settlement and Class Counsel's motion for attorney's fees and for Class Representative payments, if they so desire, as set forth in the Fourth Amended Class Notice.

14. The Court reserves the right to continue the date of the final approval hearing without further notice to Class Members. The Court retains jurisdiction to consider all further applications arising out of or in connection with the Settlement.

**IT IS SO ORDERED.**

Dated: July 3, 2019

_____
LUCY H. KOH
United States District Judge