UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONIQUE RAQUEDAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VOLUME SERVICES, INC., et al.,<br><br>　　　　Defendants. | Case No. 18-CV-01139-LHK<br><br>**ORDER VACATING ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; DENYING AS MOOT STIPULATION TO EXTEND TIME**<br><br>Re: Dkt. No. 62 |

On July 3, 2019, the Court granted the parties' motion for preliminary approval of class action settlement. ECF No. 58. The Court set the hearing for final approval of the settlement for November 14, 2019. *Id.*

On August 9, 2019, the parties filed a stipulation to extend the deadline for Defendants to provide class data to the settlement administrator by one month and to vacate all related deadlines. ECF No. 62. In that stipulation, the parties state that Defendant Centerplate has been "unable to identify the third-party vendor(s) that conducted background checks during the period between February 11, 2011, and September 3, 2013, and even if those vendor(s) are identified, Centerplate currently does not know whether the vendor(s) have class data." *Id.* at 1. As a result, Centerplate

1

Case No. 18-CV-01139-LHK
ORDER VACATING ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; DENYING AS MOOT STIPULATION TO EXTEND TIME

1  will not be able to provide class data to the settlement administrator by the August 9, 2019
2  deadline. *Id.* The parties also state in the stipulation that based on the data Centerplate has
3  received from other third-party vendors, the anticipated class size has increased from 1,901 to
4  7,181. *Id.* Accordingly, "[t]he parties have commenced discussions about the consequences for
5  the settlement of that increase in the class size. The parties need time to continue and conclude
6  those discussions." *Id.*

7  When the Court granted preliminary approval of the parties' settlement, the anticipated
8  class size was 1,901 former employees. ECF No. 43 at 2. Now, the parties report that the class
9  includes at least 7,181 former employees—which is almost four times larger than the parties'
10 original estimate. ECF No. 62 at 1. That new estimate of 7,181 class members does not even
11 include class data from February 11, 2011 to September 3, 2013. Thus, the class size may
12 increase further. Moreover, the parties represent that the increase in class size will generate
13 "additional changes to the settlement" and to the class notice. *Id.* at 2. The Court did not
14 preliminarily approve the settlement for this class size.

15 Therefore, the Court VACATES the Court's July 3, 2019 order granting the parties'
16 motion for preliminary approval of settlement and DENIES as moot the parties' stipulation to
17 extend the deadline for Defendants to provide class data to the settlement administrator. By
18 September 9, 2019, the parties SHALL FILE a renewed motion for preliminary approval of the
19 parties' revised settlement and class notice.

20 **IT IS SO ORDERED.**

21 Dated: August 12, 2019

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2
Case No. 18-CV-01139-LHK
ORDER VACATING ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;
DENYING AS MOOT STIPULATION TO EXTEND TIME