SHAUN SETAREH (Cal. State Bar No. 204514)
THOMAS SEGAL (Cal. State Bar No. 222791)
FARRAH GRANT (Cal. State Bar No. 293898)
SETAREH LAW GROUP
315 S. Beverly Drive, Suite 315
Beverly Hills, California  90212
Telephone:  (310) 888-7771
Facsimile:  (310) 888-0109
shaun@setarehlaw.com
thomas@setarehlaw.com
farrah@setarehlaw.com

Attorneys for Plaintiffs Monique Raquedan and Ronald Martinez

JEFFREY D. WOHL (Cal. State Bar No. 096838)
ZINA DELDAR (Cal. State Bar No. 282637)
JANA B. FITZGERALD (Cal. State Bar No. 314085)
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, California  94111
Telephone:    (415) 856-7000
Facsimile:    (415) 856-7100
jeffwohl@paulhastings.com
zinadeldar@paulhastings.com
janafitzgerald@paulhastings.com

Attorneys for Defendants Volume Services, Inc., and Centerplate of Delaware, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE RAQUEDAN, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>VOLUME SERVICES, INC., *et al.*,<br><br>  Defendants. | No. 5:18-cv-01139-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO MOVE FOR PRELIMINARY APPROVAL OF REVISED SETTLEMENT** |

**STIPULATION**

Plaintiffs Monique Raquedan and Ronald Martinez (collectively, "Plaintiffs") and defendants Volume Services, Inc., and Centerplate of Delaware, Inc. (collectively in the singular, "Centerplate"), acting through their respective counsel of record, hereby stipulate as follows:

1. On August 12, 2019, following the parties' stipulation seeking more time to provide the Settlement Administrator with the class data, the Court entered an order vacating its prior order granting preliminary approval of the parties' class settlement and set September 9, 2019, as the deadline for the parties to file a renewed motion for preliminary approval of a revised class settlement and a revised class notice. (ECF 63.)

2. Since then, Centerplate has worked diligently to obtain all of the class data so that it can confirm the class and resume negotiations with Plaintiffs regarding a revised class settlement and a revised class notice. Due in large part to the difficulty in obtaining records and data from the outside vendors that conducted the background checks at issue in this action, this has been a prolonged process. However, Centerplate now believes it will be in a position to provide Plaintiffs with the final class count the week of September 9 and then resume negotiations with Plaintiffs regarding a revised class settlement and a revised class notice.

3. To provide adequate time to complete those negotiations, revise the settlement and class notice, and prepare a renewed motion for preliminary approval, the parties agree and respectfully request that the Court extend the September 9, 2019, deadline to October 9, 2019.

Pursuant to L.R. 5-1(i)(3), I, Jeffrey D. Wohl, attest that all other signatories listed concur in the filing's content and have authorized the filing.

Dated: September 6, 2019.

SHAUN SETAREH
THOMAS SEGAL
FARRAH GRANT
SETAREH LAW GROUP

By: _____/s/ *Shaun Setareh*_____
Attorneys for Plaintiffs Monique Raquedan and Ronald Martinez

Dated: September 6, 2019.

JEFFREY D. WOHL
ZINA DELDAR
JANA B. FITZGERALD
PAUL HASTINGS LLP

By: _____/s/ *Jeffrey D. Wohl*_____

Attorneys for Defendants Volume Services, Inc., and Centerplate of Delaware, Inc.

LEGAL_US_W # 100150678.1

2

STIP AND ORDER TO EXTEND DEADLINE FOR PRELIMINARY APPROVAL MOTION
U.S.D.C., N.D. Cal., No. 5:18-cv-01139-LHK

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the deadline for the parties to file a renewed motion for preliminary approval of a revised class settlement and a revised class notice be and hereby is extended to October 9, 2019.

Dated:  September 9, 2019.

*Lucy H. Koh*
Lucy H. Koh
United States District Judge