Shaun Setareh (SBN 204514)
  shaun@setarehlaw.com
Thomas Segal (SBN 222791)
  thomas@setarehlaw.com
SETAREH LAW GROUP
315 South Beverly Drive, Suite 315
Beverly Hills, California 90212
Telephone (310) 888-7771
Facsimile (310) 888-0109

Attorneys for Plaintiffs
MONIQUE RAQUEDAN and
RONALD MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONIQUE RAQUEDAN and RONALD MARTINEZ, on behalf of themselves, all others similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>VOLUME SERVICES, INC., a Delaware corporation, d/b/a Centerplate; CENTERPLATE OF DELAWARE, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | Case No. 18-cv-01139-LHK<br><br>Assigned For All Purposes to the Honorable Lucy H. Koh, Courtroom 8<br><br>**PLAINTIFFS REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    March 19, 2020<br>Time:    1:30 p.m.<br>Place:   Courtroom 8<br><br>Action Filed: February 22, 2018 |

REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON JOINT MOTION

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Plaintiffs' MONIQUE RAQUEDAN and RONALD MARTINEZ ("Plaintiffs'") hereby respectfully request that Plaintiffs' Counsel, Shaun C. Setareh of Setareh Law Group, be permitted to appear telephonically at the Hearing on Joint Motion for Preliminary Approval of Class Action Settlement scheduled for March 19, 2020, at 1:30 p.m. before the Honorable Lucy H. Koh. In support of this request, Plaintiff represent as follows:

1. Due to government advice to minimize travel, Setareh Law Group is attempting to minimize travel in the next few weeks. Therefore, Setareh Law Group respectfully requests that the Court allow a telephonic appearance at the March 19, 2020 Hearing on Joint Motion for Preliminary Approval of Class Action Settlement.

2. Counsel does not believe an in-person appearance will materially assist in the determination of the proceedings and/or effective management of this action.

3. A telephonic appearance by Plaintiff's Counsel would not prejudice either party.

4. Plaintiff's Counsel has informed Defendant's Counsel of Plaintiffs' intention to request leave to appear telephonically, and Defendant does not object to the request.

5. Should this Court permit Plaintiff's Counsel to appear telephonically, Plaintiff's Counsel will make any and all necessary arrangements with CourtCall

Respectfully submitted,

Dated: March 12, 2020,            SETAREH LAW GROUP

                                  By: */s/ Shaun Setareh*
                                  Shaun Setareh
                                  Thomas Segal
                                  Farrah Grant
                                  Attorneys for Plaintiffs'

1

REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON JOINT MOTION