UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONIQUE RAQUEDAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VOLUME SERVICES, INC., et al., <br><br> Defendants. | Case No. 18-CV-01139-LHK <br><br> **ORDER FOR DEFENDANTS TO APPEAR BY TELEPHONE AT MARCH 19, 2020 PRELIMINARY APPROVAL HEARING** |

It is HEREBY ORDERED that by Monday, March 16, 2020, counsel for Defendants shall contact CourtCall at (866) 582-6878 to arrange for telephonic appearance at the Hearing on Joint Motion for Preliminary Approval of Class Action Settlement, scheduled for March 19, 2020 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: March 13, 2020

　　　　　　　　　　　　　　　　　　　_Lucy H. Koh_
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 18-CV-01139-LHK
ORDER FOR DEFENDANTS TO APPEAR BY TELEPHONE AT MARCH 19, 2020 PRELIMINARY APPROVAL HEARING