UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONIQUE RAQUEDAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VOLUME SERVICES, INC., et al.,<br><br>　　　　Defendants. | Case No. 18-CV-01139-LHK<br><br>**JUDGMENT** |

On October 28, 2020, the Court granted final approval of the class action settlement, ECF No. 94, and granted in part and denied in part the motion for attorneys' fees, ECF No. 93. Judgment is entered. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 28, 2020

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No. 18-CV-01139-LHK
JUDGMENT